**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re:* Application Pursuant to 28 U.S.C. § 1782 of RAKHI BHANSALI,<br><br>                                        Petitioner,<br><br>- to take discovery of -<br><br>TWIN FIELDS INVESTMENTS, LTD.,<br><br>                                        Respondent. | Case No. _____ |

**RAKHI BHANSALI'S APPLICATION FOR**
**AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782**

Rakhi Bhansali ("Mrs. Bhansali"), by and through her undersigned counsel, White and Williams LLP, respectfully moves for an Order under 28 U.S.C. § 1782 ("§ 1782") to allow her to issue subpoenas, pursuant to Rule 30 and 45 of the Federal Rules of Civil Procedure, directing Twin Fields Investments Limited ("Twin Fields")  to provide testimony and to produce documents for use in a foreign proceeding (the "Application").  In further support of her Application, Mrs. Bhansali respectfully submits the annexed Memorandum of Law, dated April 12, 2019 ("Memorandum of Law"); the Declaration of Thomas E. Butler, dated April 12, 2019 ("Butler Declaration"); and all the accompanying exhibits.

The Application arises from a proceeding pending before the Adjudicating Authority Under the Prevention of Money Laundering Act, 2002, in Mumbai, India, entitled *Sh. C. Mahesh Chadra Reddy, Deputy Director, Directorate of Enforcement, Prevention of Money Laundering Act, 2002, Vs Smt. Rakhi Bhansali, et al, OC-NO 1050/2018,* and an appeal to be filed in the Appellate Tribunal Under the Prevention of Money Laundering Act, 2002, in New Delhi, India (collectively, the "Attachment Matter").  By this proceeding, Mrs. Bhansali seeks to obtain

certain discovery from Twin Fields in accordance with the Proposed Order annexed hereto as Exhibit A that will enable her to dispute the allegations submitted by the Indian authorities in the Attachment Matter and that will provide for an efficient resolution of the appeal proceedings.

Mrs. Bhansali's application meets all of the statutory and discretionary requirements necessary to obtain discovery under § 1782. Twin Fields resides in this District, and Mrs. Bhansali seeks the discovery for use in a judicial proceeding pending in India, in which she is a named defendant. Furthermore, Twin Fields is not a participant in the proceedings abroad; there is no evidence to suggest that the Indian Courts would not be receptive to the discovery; the Application does not conceal an attempt to circumvent any domestic or foreign restrictions or policies; and the discovery sought is not unduly burdensome or intrusive.

WHEREFORE, Mrs. Bhansali respectfully requests that the Court enter an Order:

1. Granting Mrs. Bhansali's Application for discovery from Twin Fields, pursuant to 28 U.S.C. § 1782;

2. Authorizing Mrs. Bhansali to take discovery from Twin Fields relating to the issues identified in her Application, including issuing: (a) a subpoena requesting the production of the documents identified in the schedule as Exhibit B, and compelling Twin Fields to produce documents within 30 days following service of the subpoena; and (b) a subpoena directing a corporate representative of Twin Fields to appear for a deposition pursuant to Federal Rule of Civil Procedure 30(b)(6) concerning the matters identified in the schedule attached as Exhibit C;

3. Directing Twin Fields to comply with such subpoenas in accordance with the Federal Rules of Civil Procedure and the Rules of this Court;

4.  Ordering that testimony in this matter may be taken before any certified court reporter authorized to take testimony and administer oaths and that such court reporter is hereby authorized to take testimony in this matter; and

Dated: New York, New York
April 12, 2019

By:    <u>s/ Marc S. Casarino</u>
Marc S. Casarino (DE #3613)
White and Williams LLP
Courthouse Square
600 N. King Street
Suite 800
Wilmington, DE 19801
(302) 467-4520
casarinom@whiteandwilliams.com

   and

Thomas E. Butler
Nicole A. Sullivan
White and Williams LLP
7 Times Square, Suite 2900
New York, New York 10036
(212) 714-3070
Butlert@whiteandwilliams.com
*Attorneys for Petitioner*