## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* Application Pursuant to 28 U.S.C. § 1782 of RAKHI BHANSALI,<br><br>                               Petitioner,<br><br>- to take discovery of -<br><br>TWIN FIELDS INVESTMENTS, LTD.,<br><br>                               Respondent. | C.A. No. 1:19-mc-00094-CFC |

### PROPOSED ORDER

Upon the application of Rakhi Bhansali ("Mrs. Bhansali"), dated April 12, 2019 (the "Application"), for an Order, pursuant to 28 U.S.C. § 1782 ("§ 1782"), to take discovery of Twin Fields Investments Limited ("Twin Fields"):

IT IS HEREBY ORDERED THAT:

1.    Mrs. Bhansali's Application for discovery from Twin Fields is GRANTED;

2.    Mrs. Bhansali is authorized to take discovery from Twin Fields relating to the issues identified in her Application, including issuing: (a) a subpoena requesting the production of the documents identified in the schedule attached to the Application as <u>Exhibit B</u>, and compelling Twin Fields to produce documents within 30 days following service of the subpoena; and (b) a subpoena directing a corporate representative of Twin Fields to appear for a deposition pursuant to Federal Rule of Civil Procedure 30(b)(6) concerning the matters identified in the schedule attached to the Application as <u>Exhibit C</u>;

3.    Twin Fields must comply with such subpoenas in accordance with the Federal Rules of Civil Procedure and the Rules of this Court;

22982360v.1

4. Testimony in this matter may be taken before any certified court reporter authorized to take testimony and administer oaths and that such court reporter is hereby authorized to take testimony in this matter; and

5. Mrs. Bhansali is permitted to deliver copies of this Order and any subpoenas issued pursuant to this Order to the judicial proceedings pending before the Adjudicating Authority Under the Prevention of Money Laundering Act, 2002, in Mumbai, India, entitled *Sh. C. Mahesh Chadra Reddy, Deputy Director, Directorate of Enforcement, Prevention of Money Laundering Act, 2002, Vs Smt. Rakhi Bhansali, et al, OC-NO 1050/2018,* and before the Appellate Tribunal Under the Prevention of Money Laundering Act, 2002, in New Delhi, India.

SO-ORDERED

Dated: June 26, 2019

_____
UNITED STATES DISTRICT JUDGE

22982360v.1